**Order filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00904-CV

———————

### SCWYANA SMITH, Appellant

### V.

### BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2012-75442**

## O R D E R

This is an appeal from a final judgment signed July 23, 2013. Appellant filed a motion to reconsider on August 1, 2013. Appellant's notice of appeal was filed October 15, 2013. The clerk's record was filed December 17, 2013. The notice of appeal contained in the clerk's record is not signed by appellant or counsel. *See* Tex. R. App. P. 9.1. When an appellant timely files a document in a bona fide attempt to invoke the appellate court's jurisdiction, the court of appeals should allow the appellant an opportunity to amend the instrument to comply with the Rules of Appellate Procedure before dismissing the appeal. *See Grand Prairie*

*I.S.D. v. S. Parts Imp., Inc.*, 813 S.W.2d 499, 500 (Tex. 1991). Accordingly, we order appellant to file an amended notice of appeal to comply with Texas Rule of Appellate Procedure 9 on or before **January 3, 2014.** If appellant fails to file an amended notice of appeal in compliance with the rules, the appeal will be dismissed.

In addition, our records show that the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, we order appellant to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 3, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM